## A08A2087. GARDNER v. THE STATE.
(700 SE2d 214)

BARNES, Presiding Judge.

In *State v. Gardner*, 286 Ga. 633 (690 SE2d 164) (2010), the Supreme Court reversed the judgment of this Court in *Gardner v. State*, 296 Ga. App. 792 (676 SE2d 258) (2009) as set forth in Division 2. Therefore we vacate Division 2 of that opinion in which we held that the trial court committed reversible error by violating OCGA § 17-8-57, and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Phipps, P. J., and Johnson, J., concur.*

DECIDED AUGUST 3, 2010.

*Robert L. Wadkins, Kathryn E. Rhodes*, for appellant.

---

*J. Gray Conger, District Attorney, William D. Kelly, Jr., Assistant District Attorney*, for appellee.